UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 4 2010

Clerk, U.S. District and
Bankruptcy Courts

Kareemah Bell-Boston,                    )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )    Civil Action No. **10 0285**
                                         )
JW Marriott Hotel,                       )
                                         )
        Defendant.                       )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack

of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth

generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available

only when a "federal question" is presented or the parties are of diverse citizenship and the

amount in controversy exceeds $75,000. A party seeking relief in the district court must at least

plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to

plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, who lists her mailing address as a Landover Hills, Maryland, residence, sues

JW Marriott Hotel in the District of Columbia for allegedly barring her from the premises on

February 14, 2009. The complaint neither presents a federal question nor provides a basis for

diversity jurisdiction because no amount in controversy is pleaded. Accordingly, the complaint

will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: February _19_, 2010          _Henry Kennedy, Jr._
                                   United States District Judge

(M)                                                                     3